NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0541

STATE OF LOUISIANA

VERSUS

BRYAN M. CONNOR

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 265,676
HONORABLE BERT DEXTER RYLAND, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

AFFIRMED AS AMENDED.

Loren M. Lampert
Assistant District Attorney
Ninth Judicial District Court
701 Murray Street
Alexandria, LA 71301
(318) 473-6650
Counsel for Plaintiff/Appellee:
        State of Louisiana

**Christopher A. Aberle**
**Louisiana Appellate Project**
**P.O. Box 8583**
**Mandeville, LA 70470-8583**
**(985) 871-4084**
**Counsel for Defendant/Appellant:**
        **Bryan M. Connor**

**Bryan M. Connor**
**Pro Se**
**Louisiana State Penitentiary**
**Angola, LA 70712-9813**